# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | CASE NO. 1:10-cv-01130-AWI-SMS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION FOR A NEW TRIAL, AMENDMENT OF JUDGMENT, OR RECONSIDERATION |
| v. | |
| M. BRUCE SMITH, et al., | |
| Defendants. | (Docs. 9 &10) |

On August 23, 2010, the Court dismissed with prejudice Plaintiff's third complaint seeking to involve the federal courts in California's administration of her mother's estate. The Court determined that it lacked jurisdiction over Plaintiff's claims. Thereafter, Plaintiff timely moved for amendment of judgment or a new trial pursuant to F.R.Civ.P. 59(a) or 59(e), and for reconsideration pursuant to F.R.Civ.P. 60(b)-(d).

Concluding that the motion lacked merit, the Magistrate Judge recommended that Plaintiff's motion for reconsideration or amendment of judgment be denied. The Findings and Recommendations were served on the Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed on or before February 10, 2011. Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has reviewed Plaintiff's motion *de novo*. Having carefully reviewed the entire file, the Court finds Plaintiff's objections to lack merit and the Findings and Recommendations to be supported by the record and proper legal analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed January 27, 2011, are adopted in full. Plaintiff's motion for amendment of judgment, new trial, more reconsideration are DENIED.

IT IS SO ORDERED.

Dated: February 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE